■ 1155 DELI CORP., Appellant, v CITY OF NEW YORK et al., Respondents.—In an action, *inter alia,* for specific performance of a contract for the sale of real property, the plaintiff appeals from a judgment of the Supreme Court, Kings County (Rader, J.), dated July 17, 1987, which, *inter alia,* dismissed the complaint.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Rader at the Supreme Court. Bracken, J. P., Rubin, Sullivan and Harwood, JJ., concur.

■ JUNE QUENQUA, as Executrix of JOSEPH QUENQUA, Deceased, Respondent, v ALLEN TURTEL, Appellant.—In an action to recover damages for medical malpractice, the defendant appeals (1) from an order of the Supreme Court, Nassau County (Kutner, J.), dated June 15, 1987, which, vacated an order, and a judgment entered thereon, striking the plaintiff's complaint, and (2) as limited by his brief from so much of an order of the same court dated November 9, 1987, as, *inter alia,* denied his motion to vacate the order dated June 15, 1987.

Ordered that the orders are affirmed, with costs.

The Supreme Court did not abuse its discretion in vacating the default judgment, since the plaintiff's default resulted from a ministerial error by court personnel in mistakenly scheduling the defendant's motion to strike the complaint and the plaintiff's opposition and cross motion in response thereto for different calendar dates *(Sawh v Bridges,* 120 AD2d 74, *appeal dismissed* 69 NY2d 852). Mangano, J. P., Brown, Kunzeman and Kooper, JJ., concur.

■ RAHMANI CONSTRUCTION CORP., Appellant, v WESTCHESTER BUSINESS INSTITUTE, Respondent.—In an action based upon breach of a lease, the plaintiff appeals from an order of the Supreme Court, Westchester County (Delaney, J.), entered August 6, 1987, which denied its motion for summary judgment and granted the defendant's cross motion for summary judgment on the issue of its right to a rent setoff.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, we find that the defendant is entitled to a setoff. Lawrence, J. P., Eiber, Harwood and Balletta, JJ., concur.